Ari H. Marcus, Esq.
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

Yitzchak Zelman, Esq.
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

NEW JERSEY OFFICE:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

NEW YORK OFFICE:
1 Deer Run Road
Pomona, New York 10970

*All Correspondences to NJ Office

July 1, 2022

The Honorable United States District Judge Gregory H. Woods
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2022

Re:   Lawal v. The Shoshanna Collection, LLC
      Civil Action No.: 1:22-cv-02770-GHW

To the Honorable District Judge Woods,

**MEMORANDUM ENDORSED**

The undersigned represents the Plaintiff in the above referenced matter brought pursuant to the Americans with Disabilities Act (the ADA).  The Defendant in this action was served on April 13, 2022, with its response to the Complaint due on May 4, 2022.  Unfortunately, Defendant has not appeared in this action, despite the expiration of its time to do so.  As a result, a Clerk's Entry of Default was entered on today's date, noting the Defendant's default.  *See,* Docket 7.

Meanwhile, there is currently an Initial Conference scheduled in this matter for July 12, 2022 at 4:30 p.m.  *See,* Docket 5.  The undersigned is tentatively scheduled to be on vacation at that time.  Moreover, given the Defendant's default, it is the Plaintiff's intention to now move for entry of a default judgment, and requests 30 days in which to file that Motion.

It is therefore respectfully requested that the Initial Conference be continued *sine die*, in light of the Defendant's default.

Respectfully submitted,

*/s/ Yitzchak Zelman, Esq.*

---

Application granted. The initial pretrial conference scheduled for July 12, 2022 is adjourned *sine die*.  The Court expects Plaintiff to initiate default proceedings by no later than August 1, 2022.  Plaintiff is directed to comply with the Court's Individual Rules of Practice in connection with any application for an order to show cause for default judgment.  Plaintiff is directed to serve a copy of this order on Defendant and to file proof of such service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: July 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Error! Unknown document property name.